April 14, 2021

To whom it may concern:

I Suzette Bailey am writing this letter re: the property of iPhone 8( 64GB) , color Black

Serial NO. 352990099836971 (possible listed as item h on page 2/4 of Forfeiture paper work).

I became interested in the above property on Sept 12, 2018 when I purchased the phone on my ATT account and maintain interest in the phone at present time.

Please find supporting documents of when the phone was purchased on Sept 12, 2018 and also ongoing monthly payment of the phone until completed on/ there about Feb 2021.

Please see also supporting documents showing continued payment of phone service until present time.

I am requesting that the Courts would return the phone to me as the owner .

Sincerely

*Suzette Bailey*
Suzette Bailey

*Thomas Carissimi*
**THOMAS CARISSIMI**
NOTARY PUBLIC
My Comm. Exp. Oct. 31, 2025
*Thomas Carissimi*

Sworn to and Subscribed before me this
17th day of April , 20 21

h) iPhone with black case seized from Kevin Bailey on 3/27/2019;

i) LG cell phone with clear case seized from Kevin Bailey on 3/27/2019;

j) Dark ZTE cell phone with red case seized from Alphonso Gallimore on 4/22/2019;

k) Blue ZTE cell phone seized from Alphonso Gallimore on 4/22/2019;

l) Black/Silver Alcatel cell flip phone seized from Alphonso Gallimore on 4/22/2019;

m) Black Samsung Galaxy S8, IMEI: 35598908412750l0; and

n) Gray iPhone 6S FCC ID: BCG-E2946A;

as the property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation of the aforesaid offenses (hereinafter referred to as the "Subject Property").

3.      The defendant's interest in the Subject Property, that was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any knowing violation of 21 U.S.C. § 846 (Count 1); 21 U.S.C. § 841(a)(1) (Count 22); and 21 U.S.C. § 856(a)(2) (Count 24), to which the defendant admitted guilt, is forfeited to the United States.

4.      Upon the entry of this Order, the United States is authorized to seize the Subject Property, described at paragraph 2 above, and to dispose of the Subject Property in accordance with Fed. R. Crim. P. 32.2(b)(3).

5.      Upon entry of this Order, the Attorney General or a designee, pursuant to Federal Rules of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853(m), is authorized to conduct any discovery to identify, locate, and dispose of property subject to this Order, including depositions, interrogatories, requests for production of documents, and subpoenas pursuant to Federal Rule of Civil Procedure 45.

# Bailey, Suzette

| | |
|---|---|
| **From:** | suzette bailey <bailey.suzette@att.net> |
| **Sent:** | Thursday, April 15, 2021 4:40 PM |
| **To:** | Bailey, Suzette |
| **Subject:** | Fwd: Thank you for your recent visit |

Sent from my iPhone

Begin forwarded message:

> **From:** AT&T <att-services.cn.1157439389@emailff.att-mail.com>
> **Date:** April 15, 2021 at 4:34:37 PM EDT
> **To:** bailey.suzette@att.net
> **Subject: Thank you for your recent visit**

myAT&T Account | Support



**Hello SUZETTE BAILEY,**

Thank you for visiting TRUMBULL MALL STORE in Trumbull, CT.

**Store Information**
Sales Rep: Pedro Navarro
5065 Main St SPC 1073, AT&T STORE, Trumbull, CT 06611
(203) 374-6658

**SUZETTE BAILEY 203-572-4740**
09/12/2018

| Item ID | Description | Extended Price |
|---|---|---|
| | Service Payment | $0.00 |
| 6160B | PHO APL IPHONE 8 64GB SGY<br>SER NO. 352990099836971<br>FINANCED: $699.99<br>DOWN PAYMENT: $0.00<br>INSTALLMENTS: 30X$23.34<br>1 @ $699.99 | $699.99 |
| 6169B | PHO APL IPHONE 8P 256GB SGY<br>SER NO. 354831096163563<br>FINANCED: $949.99<br>DOWN PAYMENT: $0.00 | $949.99 |

INSTALLMENTS: 30X$31.67
1 @ $949.99

| | |
|---|---|
| Service Payment | $0.00 |
| CHANGED RATE PLAN: SDDVRP | $0.00 |
| ADDED Retired Mobile Share Value | |
| ADDED Access Value for iPhone on | |
| CHANGED SIM: 89014104270944084929 | $0.00 |
| CHANGED IMEI: 354831096163563 | $0.00 |
| UPGRADE STANDARD | $0.00 |
| ADDED 30 Months | $0.00 |
| CHANGED RATE PLAN: SDDVRP | $0.00 |
| ADDED Retired Mobile Share Value | |
| ADDED Access Value for iPhone on | |

| | |
|---|---|
| Subtotal | $1649.98 |
| Tax | $104.77 |
| Installment Plan Agreement 203-572-4740 | $699.99 |
| Installment Plan Agreement 203-~~████~~ | $949.99 |
| MASTERCARD TENDERED | $104.77 |
| Account Number: | ~~6894~~ |
| Authorization: | Auth No. 060450 |
| CHANGE DUE | $0.00 |
| Total Amount Paid | $104.77 |

Receipt Number:
50-611000003451118



**Manage your account anytime, anywhere.**

**Download the app** from your phone or tablet, or **text myATT to 556699**. We'll send a link to download the app.*
*Compatible device required. Data rates may apply.

Transaction ID: XE30924IJPDSL

**EQUIPMENT RETURN POLICY**

- 14 day return period/$55 restocking fee. Go to att.com/returnpolicy for our full refund policy.

- Learn about our manufacture warranty at att.com/warranty.

- All warranty related concerns for Apple equipment, including those in the first 14 day return period, are supported by Apple. Go to apple.com/support for more information.

Acct No. XXXXXXXXXXXX6894
Mode: Issuer
Card Entry Mode: Chip Read

2


## Service activity

### Account charges

| Activity since last bill | Nov 15 - Dec 14 | | |
|---|---|---|---|
| 1. Late Payment Charge | Dec 14 | $5.75 | < One-time charge |
| **Total for Account charges** | | **$5.75** | |

### Wireless

| Number | Page | Activity since last bill | Monthly charges | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|
| Group 2 | | - | $91.30 | $0.41 | $0.33 | $92.04 |
| 203.258.0809 | 3 | $33.00 | $15.00 | $12.14 | $3.49 | $63.63 |
| 203.572.3584 | 3 | - | $46.67 | $3.86 | $0.87 | $51.40 |
| 203.572.4740 | 4 | -$23.34 | $38.34 | $3.86 | $0.87 | $19.73 |
| **Total** | | **$9.66** | **$191.31** | **$20.27** | **$5.56** | **$226.80** |

## Group 2
3 Devices

| Monthly charges | Dec 15 - Jan 14 | |
|---|---|---|
| 1. Mobile Share Value 30GB with Rollover Data | | $110.00 |
| 2. National Account Discount | | -$18.70 |
| **Surcharges & fees** | | |
| 3. Federal Universal Service Charge | | $0.41 |
| **Government taxes & fees** | | |
| 4. CT State Sales Tax - Telecom | | $0.33 |
| **Total for Group 2** | | **$92.04** |

**LOOKING TO ADD A NEW DEVICE AS A GIFT?**
Check out our latest selection of smartphones, tablets and smartwatches from AT&T to add to your current plan.
CALL 866.670.4837
CLICK att.com/GiftADevice

### Shared usage summary (Nov 15 - Dec 14)

| | Data (MB) |
|---|---|
| Additional Group Data* | 300 |
| Total used | 3 |

*Group 2 continues...*



**AT&T**

*...Wireless continued*

📱 **Phone, 203.572.4740**
SUZETTE BAILEY

| Activity since last bill | Nov 15 - Dec 14 | | |
| --- | --- | --- | --- |
| 1. Buy 1 Get 1 Device Promo 1 of 15 | Nov 22 | -$23.34 | < One-time credit |

| Monthly charges | Dec 15 - Jan 14 | |
| --- | --- | --- |
| 2. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 3. Discount for Access | | -$25.00 |
| 4. APPLE64GB - Installment 16 of 30 | | $23.34 |

| Surcharges & fees | |
| --- | --- |
| 5. Administrative Fee | $1.99 |
| 6. Federal Universal Service Charge | $0.37 |
| 7. Regulatory Cost Recovery Charge | $1.50 |

| Government taxes & fees | |
| --- | --- |
| 8. 9-1-1 Service Fee | $0.58 |
| 9. CT State Sales Tax - Telecom | $0.29 |

| Total for 203.572.4740 | $19.73 |
| --- | --- |

| Total for Wireless | $226.80 |
| --- | --- |

| APPLE64GB | 370000002740783 |
| --- | --- |
| Established on | Sep 12, 2018 |
| Amount financed | $699.99 |
| Installment 16 of 30 (Dec 12, 2019) | $23.34 |
| Balance remaining after current installment | $326.55 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

*Now's the time - AT&T makes it easy. Call 866.670.4873 to learn more.*

## News you can use

**This bill includes a past due balance**
If payment has already been made, thank you, please disregard. If not, payment must be made immediately. Please send your payment, including current charges, in the enclosed envelope. You may also pay 24 hours a day, by major credit card or electronic check at 800.331.0500, or att.com/pay. If you have questions regarding your account, contact us at 800.947.5096.

**Your perfect bundle has arrived**
Did you know you can save big when you bundle with AT&T? Call 855.894.3721 today to learn about all that AT&T has to offer including DIRECTV, Internet, and other premium services.

**Help protect yourself from fraud**
AT&T will never contact you by email, SMS, or recorded call asking for personal information. If you receive such an email, do not reply. Never use the links in questionable emails to determine if the email is valid. Fraudsters can create fake email headers, so the sender may not be real. They also can create realistic forgeries of websites. Do not fill out forms via email, because the data may not be secure. Instead, go directly to the company's website. Ensure a site is secure by checking whether there is an "s" after the http in the address and a lock icon at the bottom of the screen.

Need to add a phone or device to your plan?

## Important information

**Late payment charge**
The late payment charge for consumer and Individual Responsibility User (IRU) bills not paid in full by the payment due date is $5.75.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with

*Important information continues...*



| Page: | 2 of 5 |
|---|---|
| Issue Date: | Apr 14, 2020 |
| Account Number: | 374010657460 |
| Foundation Account: | 02560845 |

## Account activity

| Your last bill | | $409.18 |
|---|---|---|

| Payments | | |
|---|---|---|
| 1. Payment posted | Mar 18 | -$159.33 |
| 2. Master Card payment posted | Apr 09 | -$249.85 |
| Total for payments | | -$409.18 |

| Remaining balance | $0.00 |
|---|---|

## Service activity

### Account charges

| Activity since last bill | Mar 15 - Apr 14 | | |
|---|---|---|---|
| 1. Late Payment Fee | Apr 14 | $5.75 | < One-time charge |

| Total for Account charges | $5.75 |
|---|---|

### Wireless

| Number | Page | Activity since last bill | Monthly charges | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|
| Group 2 | | - | $91.30 | $0.32 | $0.32 | $91.94 |
| 203.258.0809 | 3 | - | $15.00 | $3.77 | $0.86 | $19.63 |
| 203.572.3584 | 3 | - | $46.67 | $3.77 | $0.86 | $51.30 |
| 203.572.4740 | 4 | -$23.34 | $38.34 | $3.77 | $0.86 | $19.63 |
| Total | | -$23.34 | $191.31 | $11.63 | $2.90 | $182.50 |

## Group 2
3 Devices

| Monthly charges | Apr 15 - May 14 | |
|---|---|---|
| 1. Mobile Share Value 30GB with Rollover Data | | $110.00 |
| 2. National Account Discount | | -$18.70 |

| Surcharges & fees | | |
|---|---|---|
| 3. Federal Universal Service Charge | | $0.32 |

*Group 2 continues...*



| Page: | 4 of 5 |
|---|---|
| Issue Date: | Apr 14, 2020 |
| Account Number: | 374010657460 |
| Foundation Account: | 02560845 |

*...Wireless continued*

## Phone, 203.572.4740
SUZETTE BAILEY

| Activity since last bill | Mar 15 - Apr 14 | | |
|---|---|---|---|
| 1. Buy 1 Get 1 Device Promo 5 of 15 | Mar 22 | -$23.34 | < One-time credit |

| Monthly charges | Apr 15 - May 14 | |
|---|---|---|
| 2. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 3. Discount for Access | | -$25.00 |
| 4. APPLE64GB - Installment 20 of 30 | | $23.34 |

| Surcharges & fees | |
|---|---|
| 5. Administrative Fee | $1.99 |
| 6. Federal Universal Service Charge | $0.28 |
| 7. Regulatory Cost Recovery Charge | $1.50 |

| Government taxes & fees | |
|---|---|
| 8. 9-1-1 Service Fee | $0.58 |
| 9. CT State Sales Tax - Telecom | $0.28 |

| Total for 203.572.4740 | $19.63 |
|---|---|

| Total for Wireless | $182.50 |
|---|---|

| APPLE64GB | 370000002740783 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $699.99 |
| Installment 20 of 30 (Apr 12, 2020) | $23.34 |
| Balance remaining after current installment | $233.19 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

## News you can use

**Get it all under one roof!**
An AT&T bundle is the best way to save. Discover great deals on Internet, TV, Wireless and more. Call 866.665.9235.

**Wouldn't it be nice to add a device?**
You're eligible to add a smartphone, tablet or smartwatch to your plan today. Call 866.662.1294.

## Important information

**Late payment fee**
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay

such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

**AT&T Mobility Center for customers with disabilities**
Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

**Wireless DirectBill charges**

*Important information continues...*



# Service activity

## Account charges

| Activity since last bill | Sep 15 - Oct 14 | | |
|---|---|---|---|
| 1. Late Payment Fee | Oct 14 | $7.00 | < One-time charge |

**Total for Account charges** $7.00

## Wireless

| Number | User | Page | Activity since last bill | Plan | Equipment | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Monthly charges | | | | | |
| Group 2 | | 2 | - | $110.00 | - | -$18.70 | $0.43 | $0.32 | $92.05 |
| 203.258.0809 | SUZETTE BAILEY | 3 | - | $15.00 | $23.34 | $20.00 | $3.91 | $1.92 | $64.17 |
| 203.572.3584 | SUZETTE BAILEY | 3 | $7.20 | $15.00 | $31.67 | - | $4.50 | $1.39 | $59.76 |
| 203.572.4740 | SUZETTE BAILEY | 4 | -$23.34 | $15.00 | $23.34 | - | $3.91 | $0.97 | $19.88 |
| Total | | | -$16.14 | $155.00 | $78.35 | $1.30 | $12.75 | $4.60 | $235.86 |

# Group 2
3 Devices

| Monthly charges | Oct 15 - Nov 14 | |
|---|---|---|
| 1. Mobile Share Value 30GB with Rollover Data | | $110.00 |
| 2. National Account Discount | | -$18.70 |
| **Surcharges & fees** | | |
| 3. Federal Universal Service Charge | | $0.43 |
| **Government taxes & fees** | | |
| 4. CT State Sales Tax - Telecom | | $0.32 |
| **Total for Group 2** | | **$92.05** |

**AT&T Signature Program Customer**

**SAVE $10** PER LINE PER MONTH

**ON THE AT&T UNLIMITED ELITE℠ PLAN***

After 100GB, AT&T may temporarily slow data speeds if the network is busy. *Req's proof of eligibility. Credit(s) w/in 2 bill cycles. $10/mo. per phone line discount applies only to phone lines 1-5. Eligibility req'mts & other restr's apply.

Learn more at **att.com/elite4less**

## Shared usage summary (Sep 15 - Oct 14)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| 203.258.0809 | SUZETTE BAILEY | 11.59 | 369 | 2,201 |
| 203.572.3584 | SUZETTE BAILEY | 14.44 | 409 | 494 |

*Group 2 continues...*



| | |
|---|---|
| Page: | 4 of 6 |
| Issue Date: | Oct 14, 2020 |
| Account Number: | 374010657460 |
| Foundation Account: | 02560845 |

...203.572.3584 continued

2. Roaming - Minutes     $6.00    *< Usage, Roaming Call detail shown after all service*
   *2 minutes*                                             *activity*

| Monthly charges | *Oct 15 - Nov 14* | |
|---|---|---|
| 3. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 4. Discount for Access | | -$25.00 |
| 5. International Roaming - Expanded | | $0.00 |
| 6. APPLE 256GB - Installment 26 of 30 | | $31.67 |

## Usage summary

| Data | *Used* |
|---|---|
| Sponsored Data MB | 1 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

| Surcharges & fees | |
|---|---|
| 7. Administrative Fee | $1.99 |
| 8. Federal Universal Service Charge | $1.01 |
| 9. Regulatory Cost Recovery Charge | $1.50 |

| APPLE 256GB | 370000002740799 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $949.99 |
| Installment 26 of 30 (Oct 12, 2020) | $31.67 |
| Balance remaining after current installment | $126.57 |

| Government taxes & fees | |
|---|---|
| 10. 9-1-1 Service Fee | $0.68 |
| 11. CT State Sales Tax - Telecom | $0.71 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

### Total for 203.572.3584       $59.76

---



### Phone, 203.572.4740
SUZETTE BAILEY

| Activity since last bill | *Sep 15 - Oct 14* | |
|---|---|---|
| 1. Buy 1 Get 1 Device Promo 11 of 15 | *Sep 22* | -$23.34 |

*< One-time credit*

| Monthly charges | *Oct 15 - Nov 14* | |
|---|---|---|
| 2. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 3. Discount for Access | | -$25.00 |
| 4. APPLE64GB - Installment 26 of 30 | | $23.34 |

| APPLE64GB | 370000002740783 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $699.99 |
| Installment 26 of 30 (Oct 12, 2020) | $23.34 |
| Balance remaining after current installment | $93.15 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

| Surcharges & fees | |
|---|---|
| 5. Administrative Fee | $1.99 |
| 6. Federal Universal Service Charge | $0.42 |
| 7. Regulatory Cost Recovery Charge | $1.50 |

| Government taxes & fees | |
|---|---|
| 8. 9-1-1 Service Fee | $0.68 |
| 9. CT State Sales Tax - Telecom | $0.29 |

### Total for 203.572.4740       $19.88

---

### Total for Wireless       $235.86

## Detailed usage



# Service activity

## Account charges

| Activity since last bill | Nov 15 - Dec 14 | | |
|---|---|---|---|
| 1. Late Payment Fee | Dec 14 | $7.00 | < One-time charge |

**Total for Account charges** $7.00

## Wireless

| Number | User | Page | Activity since last bill | Plan | Equipment | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Monthly charges** | | | | | |
| Group 2 | | 2 | – | $110.00 | – | -$18.70 | $0.43 | $0.32 | $92.05 |
| 203.258.0809 | SUZETTE BAILEY | 3 | – | $15.00 | $23.34 | $20.00 | $3.91 | $1.92 | $64.17 |
| 203.572.3584 | SUZETTE BAILEY | 3 | $9.48 | $15.00 | $31.67 | – | $4.50 | $1.39 | $62.04 |
| 203.572.4740 | SUZETTE BAILEY | 4 | -$23.34 | $15.00 | $23.34 | – | $3.91 | $0.97 | $19.88 |
| **Total** | | | -$13.86 | $155.00 | $78.35 | $1.30 | $12.75 | $4.60 | $238.14 |

# Group 2
3 Devices

| Monthly charges | Dec 15 - Jan 14 | |
|---|---|---|
| 1. Mobile Share Value 30GB with Rollover Data | | $110.00 |
| 2. National Account Discount | | -$18.70 |

| Surcharges & fees | | |
|---|---|---|
| 3. Federal Universal Service Charge | | $0.43 |

| Government taxes & fees | | |
|---|---|---|
| 4. CT State Sales Tax - Telecom | | $0.32 |

**Total for Group 2** $92.05

### Shared usage summary (Nov 15 - Dec 14)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| 203.258.0809 | SUZETTE BAILEY | 3.29 | 456 | 1,333 |
| 203.572.3584 | SUZETTE BAILEY | 15.69 | 169 | 613 |



How much can I save? ↓

**BUNDLE & SAVE**
**AT&T is your all-in-one bundle solution**
TV · INTERNET · WIRELESS · DIGITAL HOME PHONE
Call **866.716.1394**
Click **att.com/BundleSavesYou10**
Advertised services not available in all areas.

*Group 2 continues...*

 **AT&T**

| | |
|---|---|
| Page: | 4 of 6 |
| Issue Date: | Dec 14, 2020 |
| Account Number: | 374010657460 |
| Foundation Account: | 02560845 |

*...203.572.3584 continued*

2. Roaming - Minutes          $6.00
   2 minutes

> < *Usage, Roaming Call detail shown after all service activity*

| Monthly charges | Dec 15 - Jan 14 | |
|---|---|---|
| 3. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 4. Discount for Access | | -$25.00 |
| 5. International Roaming - Expanded | | $0.00 |
| 6. APPLE 256GB - Installment 28 of 30 | | $31.67 |

### Usage summary

| Data | Used |
|---|---|
| Sponsored Data MB | 1 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

| Surcharges & fees | |
|---|---|
| 7. Administrative Fee | $1.99 |
| 8. Federal Universal Service Charge | $1.01 |
| 9. Regulatory Cost Recovery Charge | $1.50 |

| APPLE 256GB | 370000002740799 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $949.99 |
| Installment 28 of 30 (Dec 12, 2020) | $31.67 |
| Balance remaining after current installment | $63.23 |

| Government taxes & fees | |
|---|---|
| 10. 9-1-1 Service Fee | $0.68 |
| 11. CT State Sales Tax - Telecom | $0.71 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

| **Total for 203.572.3584** | **$62.04** |
|---|---|

---

### Phone, 203.572.4740
SUZETTE BAILEY

| Activity since last bill | Nov 15 - Dec 14 | |
|---|---|---|
| 1. Buy 1 Get 1 Device Promo 13 of 15 | Nov 22 | -$23.34 |

> < *One-time credit*

| Monthly charges | Dec 15 - Jan 14 | |
|---|---|---|
| 2. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 3. Discount for Access | | -$25.00 |
| 4. APPLE64GB - Installment 28 of 30 | | $23.34 |

| APPLE64GB | 370000002740783 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $699.99 |
| Installment 28 of 30 (Dec 12, 2020) | $23.34 |
| Balance remaining after current installment | $46.47 |

| Surcharges & fees | |
|---|---|
| 5. Administrative Fee | $1.99 |
| 6. Federal Universal Service Charge | $0.42 |
| 7. Regulatory Cost Recovery Charge | $1.50 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

| Government taxes & fees | |
|---|---|
| 8. 9-1-1 Service Fee | $0.68 |
| 9. CT State Sales Tax - Telecom | $0.29 |

| **Total for 203.572.4740** | **$19.88** |
|---|---|

---

| **Total for Wireless** | **$238.14** |
|---|---|

 **AT&T**

## Account activity

| | | |
|---|---|---|
| Your last bill | | $481.82 |

**Payments**
| | | |
|---|---|---|
| 1. Payment posted | *Jan 26* | -$221.80 |
| 2. Payment posted | *Feb 09* | -$260.02 |
| **Total for payments** | | **-$481.82** |

| | |
|---|---|
| **Remaining balance** | **$0.00** |

## Service activity

### Account charges

| Activity since last bill | Jan 15 - Feb 14 | | |
|---|---|---|---|
| 1. Late Payment Fee | Feb 14 | $7.00 | *< One-time charge* |

| | |
|---|---|
| **Total for Account charges** | **$7.00** |

### Wireless

| Number | User | Page | Activity since last bill | Plan | Equipment | Add-ons | Surcharges & fees | Government taxes & fees | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Monthly charges | | | | | |
| Group 2 | | 2 | - | $110.00 | - | -$18.70 | $1.23 | $0.81 | $93.34 |
| 203.258.0809 | SUZETTE BAILEY | 3 | - | $15.00 | $23.34 | $20.00 | $4.08 | $2.00 | $64.42 |
| 203.572.3584 | SUZETTE BAILEY | 4 | - | $15.00 | $31.56 | - | $4.08 | $1.05 | $51.69 |
| 203.572.4740 | SUZETTE BAILEY | 4 | -$23.34 | $15.00 | $23.13 | - | $4.08 | $1.05 | $19.92 |
| **Total** | | | **-$23.34** | **$155.00** | **$78.03** | **$1.30** | **$13.47** | **$4.91** | **$229.37** |

## Group 2
3 Devices

| Monthly charges | Feb 15 - Mar 14 | |
|---|---|---|
| 1. Mobile Share Value 30GB with Rollover Data | | $110.00 |
| 2. National Account Discount | | -$18.70 |

*Group 2 continues...*


*...Group 2 continued*

### Surcharges & fees

| | | |
|---|---|---|
| 3. | Connecticut Telecommunications Relay Service Surcharge | $0.01 |
| 4. | Federal Universal Service Charge | $1.22 |

### Government taxes & fees

| | | |
|---|---|---|
| 5. | CT State Sales Tax - Telecom | $0.81 |

## Total for Group 2 — $93.34

### Shared usage summary (Jan 15 – Feb 14)

| Number | User | Data (GB) | Text | Talk |
|---|---|---|---|---|
| 203.258.0809 | SUZETTE BAILEY | 4.15 | 376 | 1,198 |
| 203.572.3584 | SUZETTE BAILEY | 7.87 | 149 | 723 |
| 203.572.4740 | SUZETTE BAILEY | 0.00 | 0 | 0 |
| Total usage | | 12.02 | 525 | 1,921 |
| Included in plan | | 30.00 | unlimited | unlimited |
| *Rollover available through Feb 14: 12.55GB | | 0.00 | | |
| **Rollover available starting Feb 15** | | **17.99** | | |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*
*\* Unused Rollover Data expires after 1 billing period or when you change your plan or account.*

### Phone, 203.258.0809
SUZETTE BAILEY

### Monthly charges — Feb 15 - Mar 14

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ Visual Voicemail | $40.00 |
| 2. | Discount for Access | -$25.00 |
| 3. | International Roaming - Expanded | $0.00 |
| 4. | Protect Advantage Insurance for 1 | $8.99 |
| 5. | Protect Advantage Support Services for 1 | $6.01 |
| 6. | APPLE 64GB - Installment 9 of 30 | $23.34 |
| 7. | AT&T Next Up(SM) - phone upgrade feature | $5.00 |

### Surcharges & fees

| | | |
|---|---|---|
| 8. | Administrative Fee | $1.99 |
| 9. | Federal Universal Service Charge | $0.59 |
| 10. | Regulatory Cost Recovery Charge | $1.50 |

### Government taxes & fees

| | | |
|---|---|---|
| 11. | 9-1-1 Service Fee | $0.68 |
| 12. | CT Reduced Rate Sales Tax | $0.06 |
| 13. | CT State Sales Tax | $0.89 |
| 14. | CT State Sales Tax - Telecom | $0.37 |

## Total for 203.258.0809 — $64.42

### Usage summary

| Talk | Used |
|---|---|
| Call over Wi-Fi | 1,381 |

| APPLE 64GB | 370000003759931 |
|---|---|
| Established on | Jun 02, 2020 |
| Amount financed | $699.99 |
| Installment 9 of 30 (Feb 02, 2021) | $23.34 |
| Balance remaining after current installment | $489.93 |

*To pay off your installment plan early, please visit att.com/payoffNEXT for details.*

*Wireless continues...*



*...Wireless continued*

## Phone, 203.572.3584
SUZETTE BAILEY

| Monthly charges | Feb 15 - Mar 14 | |
|---|---|---|
| 1. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 2. Discount for Access | | -$25.00 |
| 3. International Roaming - Expanded | | $0.00 |
| 4. APPLE 256GB - Installment 30 of 30 | | $31.56 |
| **Surcharges & fees** | | |
| 5. Administrative Fee | | $1.99 |
| 6. Federal Universal Service Charge | | $0.59 |
| 7. Regulatory Cost Recovery Charge | | $1.50 |
| **Government taxes & fees** | | |
| 8. 9-1-1 Service Fee | | $0.68 |
| 9. CT State Sales Tax - Telecom | | $0.37 |

**Total for 203.572.3584** — **$51.69**

| APPLE 256GB | 370000002740799 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $949.99 |
| Installment 30 of 30 (Feb 12, 2021) | $31.56 |
| Balance remaining after current installment | $0.00 |

*No further installments are due under this installment plan.*



## Phone, 203.572.4740
SUZETTE BAILEY

| Activity since last bill | Jan 15 - Feb 14 | |
|---|---|---|
| 1. Buy 1 Get 1 Device Promo 15 of 15 | Jan 22 | -$23.34 |

< One-time credit

| Monthly charges | Feb 15 - Mar 14 | |
|---|---|---|
| 2. Access for iPhone 4G LTE w/ Visual Voicemail | | $40.00 |
| 3. Discount for Access | | -$25.00 |
| 4. APPLE64GB - Installment 30 of 30 | | $23.13 |
| **Surcharges & fees** | | |
| 5. Administrative Fee | | $1.99 |
| 6. Federal Universal Service Charge | | $0.59 |
| 7. Regulatory Cost Recovery Charge | | $1.50 |
| **Government taxes & fees** | | |
| 8. 9-1-1 Service Fee | | $0.68 |
| 9. CT State Sales Tax - Telecom | | $0.37 |

**Total for 203.572.4740** — **$19.92**

| APPLE64GB | 370000002740783 |
|---|---|
| Established on | Sep 12, 2018 |
| Amount financed | $699.99 |
| Installment 30 of 30 (Feb 12, 2021) | $23.13 |
| Balance remaining after current installment | $0.00 |

*No further installments are due under this installment plan.*

**Total for Wireless** — **$229.37**



*...203.572.3584 continued*

### Government taxes & fees

| | | |
|---|---|---|
| 7. | 9-1-1 Service Fee | $0.68 |
| 8. | CT State Sales Tax - Telecom | $0.37 |

**Total for 203.572.3584**      **$20.13**

### Phone, 203.572.4740
SUZETTE BAILEY

### Monthly charges      Mar 15 - Apr 14

| | | |
|---|---|---|
| 1. | Access for iPhone 4G LTE w/ Visual Voicemail | $40.00 |
| 2. | Discount for Access | -$25.00 |

### Surcharges & fees

| | | |
|---|---|---|
| 3. | Administrative Fee | $1.99 |
| 4. | Federal Universal Service Charge | $0.59 |
| 5. | Regulatory Cost Recovery Charge | $1.50 |

### Government taxes & fees

| | | |
|---|---|---|
| 6. | 9-1-1 Service Fee | $0.68 |
| 7. | CT State Sales Tax - Telecom | $0.37 |

**Total for 203.572.4740**      **$20.13**

**Total for Wireless**      **$198.02**

## News you can use

**It's as simple as can be to add a line**
Find out how our much you can save when you add a line for family and friends to your current plan. Learn more: 855.894.5993.

**Discover more from AT&T**
Sometimes more is better, especially when it's AT&T services. Now enjoy premium AT&T Internet, Wireless, & TV. Call 844.872.9399.

## Important information

**Late payment fee**
The late payment fee for consumer and Signature bills not paid in full by the payment due date is up to $7.00.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

**AT&T Mobility Center for customers with disabilities**
Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**

*Important information continues...*

Suzette Bailey
181 College Street
Stratford CT. 06614

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 0640 0001 2494 7156




U.S. POSTAGE PAID
FCM LETTER
STRATFORD, CT
06614
APR 17, 21
AMOUNT
**$4.55**
R2303S103540-8

1000

19106

Clerk of the Courts OFFICE
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

U.S.M.S.
X-RAY