IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MATTHEW STEPHENS | : | NO. 19-224-1 |

ORDER

AND NOW, this 2nd day of September, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of Matthew Stephens for compassionate release under 18 U.S.C. § 3582(c)(1)(A) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.